VERDICT FORM 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-                                                    16 Cr. 377 (PAE)

JOHN AFRIYIE,
                                                         **VERDICT FORM**
                Defendant.
-------------------------------------------------------------------X

**PLEASE CHECK (√) YOUR ANSWERS AND FILL IN THE BLANKS**

*All Answers Must Be Unanimous*

1. How do you find the defendant as to Count One (securities fraud)?

    Guilty __√__          Not Guilty _____


2. How do you find the defendant as to Count Two (wire fraud)?

    Guilty __√__          Not Guilty _____


[*Please sign your names in the space provided on the next page, fill in the date, and inform the officer that you have reached a verdict.*]

After completing the form, each juror must sign below, reflecting his or her agreement with the forgoing verdict.

_____     _____
Foreperson                          Sean P. O'Neal

_____     _____
                                    Sharon Beyan

_____     _____

_____     _____
                                    Angela Gorsteen

_____     _____

_____     _____

Dated:   1/30/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

   Plaintiff,

 - v. -

JOHN AFRIYIE,

   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

16 Cr. 377 (PAE)

*VERDICT FORM 2* (handwritten)

## FORFEITURE SPECIAL VERDICT FORM

We, the Jury, return the following Special Verdict as to the properties described below:

1. **$15,969.07 in United States currency**, formerly on deposit in the account number ending in 1983 at Bank of America (the "Bank of America Account"), held in the name of John Afriyie, and seized on or about May 12, 2016.

We, the jury, unanimously find by a preponderance of the evidence that this property constitutes proceeds, or property derived from proceeds, obtained by the defendant, directly or indirectly, as a result of the defendant's conviction of Counts One and Two of the Indictment.

YES ✓
NO ____

1a. If you answered yes to Question 1, please indicate below whether the full amount or proceeds in the Bank of America Account is forfeitable.

YES ____
NO ✓

1b. If you answered "No" in response to Question 1a., please indicate below how much of the money in the Bank of America Account is forfeitable.

$ __N/A__

Page 1 of 3