# EXHIBIT 3









