EXHIBIT REDACTED ON ECF DUE TO PERSONAL NATURE OF THE MATERIAL

EXHIBIT 4 -18