EXHIBIT 19

WORK PERFORMANCE RATING - INMATE

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate's Name: Afriyie, John | Register No: 77354-054 | Unit: KC |
|---|---|---|
| Evaluation Period APRIL 26- MAY 25 | Work Assignment: FOOD SERVICE 8 | |

Bonus Justification Mr. Afriyie is a valuable asset to the kitchen. Every month his list of responsibilities get larger, and Mr. Afriyie handles the responsibility extremely well. He is in charge of different areas of the prep, such as making the R&D meals for all the court inmates and vegetable preparation. His positive attitude helps motivate all the other workers around him to push themselves to work hard. He leads the rest of the detail by example, always pushing them to get the job done to the best of their ability. Mr. Afriyie is extremely reliable, and I never have to check up behind him. Other cook supervisors look to Mr. Afriyie to help them out when they are in need, and Mr. Afriyie never lets them down. My fellow cook supervisors are always praising Mr. Afriyie's hard work ethic. Thank you for all the hard work you do Mr. Afriyie

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_x_5. Outstanding. Does superior work

B. QUANTITY OF WORK
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_x_5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine, will start work without waiting to be told
___4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
_x_5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_x_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn. No matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_x_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
_x_5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
   ___1. Poor. Resentful and hostile. May argue with supervisor.
   ___2. Fair. Resists or ignores suggestions.
   ___3. Satisfactory. Generally does what is told without any fuss.
   ___4. Good. No hostility or resentment. Tries to improve.
   _x_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
   ___1. Poor. Negativistic, hostile, annoying to others.
   ___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   ___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
   ___4. Good. Friendly, congenial, helpful; others like to work with.
   _x_5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

   ___1. Fire or lay off that individual?
   ___2. Transfer the person to a less demanding job at a lower pay scale?
   ___3. Continue to employ the person but without a raise or promotion this time?
   ___4. Raise the person's pay but keep the person at the same job?
   _x_5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
   1. Performance Pay - Grade Class (Check one)  ___ 1  ___ 2  ___ 3  _✓_ 4  ___ M.

   2. Hours of Satisfactory work _____

   3. Regular Pay _____

   4. Bonus Recommended: ___ yes; ___ no

   5. Total Pay _____

| Supervisor's Signature | Date |
|---|---|
| [signature] A. Ianch | May 25, 2017 |
| Inmate's Signature | Date |
| X [signature] | May 25, 2017 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|
| | |

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER

WORK PERFORMANCE RATING - INMATE

U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

| Inmate's Name: AFRIYIE, JOHN | Register No: 77354-054 | Unit: KC |
|---|---|---|
| Evaluation Period MAY 26- JUNE 25 | Work Assignment: FOOD SERVICE 8 | |

Bonus Justification MR AFRIYIE IS AN EXTREMELY VALUABLE ASSET TO THE KITCHEN. HIS ABILITY TO LEARN QUICKLY HAS MADE HIM KNOWLEDGEABLE IN SAFELY HANDLING FOOD, AND HE TRAINS NEW INMATES ON THESE TECHNIQUES. MR AFRIYIE ALWAYS HAS A POSITIVE ATTITUDE AND IT SEEMS TO RUB OFF ON OTHERS AROUND HIM, BECAUSE OTHER INMATES ENJOY WORKING WITH MR AFRIYIE. MR AFRIYIE VOLUNTEERS ON HIS DAYS OFF TO HELP OUT IN ALL AREAS OF THE KITCHEN. HIS EXTREMELY HARD WORK ETHIC HAS CAUGHT THE ATTENTION OF OTHER SUPERVISORS, WHO ARE ALL INQUIRING ABOUT MR AFRIYIE WORKING FOR THEM. THANK YOU FOR ALL YOU DO IN THE KITCHEN MR AFRIYIE, AND KEEP UP THE GREAT WORK.

*Mr Afriyie given promotion this month* (AI)

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review. Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_5. Outstanding. Does superior work

B. QUANTITY OF WORK
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
_✓_5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn. No matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
_✓_5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
___ 1. Poor. Resentful and hostile. May argue with supervisor.
___ 2. Fair. Resists or ignores suggestions.
___ 3. Satisfactory. Generally does what is told without any fuss.
___ 4. Good. No hostility or resentment. Tries to improve.
_✓_ 5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
___ 1. Poor. Negativistic, hostile, annoying to others.
___ 2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___ 3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___ 4. Good. Friendly, congenial, helpful; others like to work with.
_✓_ 5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___ 1. Fire or lay off that individual?
___ 2. Transfer the person to a less demanding job at a lower pay scale?
___ 3. Continue to employ the person but without a raise or promotion this time?
___ 4. Raise the person's pay but keep the person at the same job?
_✓_ 5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
  1. Performance Pay - Grade Class (Check one)  ___ 1  ___ 2  _✓_ 3  ___ 4  ___ M.

  2. Hours of Satisfactory work  _196_

  3. Regular Pay  _____

  4. Bonus Recommended: ___ yes; ___ no

  5. Total Pay  _____

| Supervisor's Signature [signed] | Date JUNE 25, 2017 |
| Inmate's Signature X [signed] | Date JUNE 25, 2017 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER