# Mitchell Dinnerstein

### Attorney at Law

20 Vesey Street - Suite 400
New York, New York 10007
212.925.0793 (office)
212.964.2926 (fax)
917.763.2897 (cell)
md@dinnersteinlaw.com

**BY ECF AND MAIL**

July 21, 2017

United States District Court
Southern District of New York
Chambers for the Hon. Judge Paul Engelmayer
Thurgood Marshall Courthouse, 40 Foley Square
New York, New York 10007

Re:  United States v. John Afriyie
　　16-CR-377 (PAE)

Dear Judge Engelmayer:

On July 19, 2017, this Court directed the parties to address forfeiture issues by July 21, 2017.  I received the Government's letter at approximately 3:00 pm on the 21st which responded to arguments the defense made in its sentencing memorandum.  The Government argument is substantially new.   The defense would like until Monday, July 24 to respond to the Government argument.

Thank you in advance for your attention to this matter.

Very truly yours,

/ S/

Mitchell Dinnerstein
Attorney for John Afriyie

cc.:  Edward Imperatore and Christine Magdo, Esqs.