USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/24/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                     -v-                                    :          16-CR-377 (PAE)
                                                            :
JOHN AFRIYIE,                                               :          ORDER
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

Sentencing in this case is scheduled for Wednesday, July 26, 2017, at 3:00 p.m.  An issue in dispute involves a potential award of restitution to MSD Capital, based on its payment of legal fees and expenses to outside counsel.  Although the record contains outside counsel's invoices to MSD, it does not appear to reflect, however, whether MSD has paid those invoices, and if so, whether it has paid all of them or some of the amounts reflected therein.

To assure the completeness of the record on this point, the Court directs the Government, by letter due at 3:00 p.m. on Tuesday, July 25, 2017, to report to the Court, with respect to each invoice from outside counsel to MSD, as to the extent to which MSD has paid that invoice, and to the extent that any invoice is as-yet unpaid, to explain why.

SO ORDERED.

Dated: July 24, 2017
       New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge