**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 9 2017

District of SOUTHERN NEW YORK

Caption:

**USA**

v.

**JOHN AFRIYIE**

Docket No.: 16-CR-377

Engelmayer
(District Court Judge)

Notice is hereby given that John Afriyie appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)
entered in this action on July 28, 2017.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   trial [✓]   N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓]   No [ ]   N/A [ ]

Date of sentence: July 26, 2017   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓]  No [ ]    If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Mitchell Dinnerstein, Esq. |
| Counsel's Address: | 20 Vesey Street, Suite 400 |
| | New York, New York 10007 |
| Counsel's Phone: | 212-925-0793 |
| Assistant U.S. Attorney: | Edward Imperatore & Christine Magdo |
| AUSA's Address: | 1 St. Andrews Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | 212-637-2200 |

_Mitchell Dinnerstein_
Signature