# Mitchell Dinnerstein
### Attorney at Law

20 Vesey Street - Suite 400
New York, New York 10007
212.925.0793 (office)
212.964.2926 (fax)
917.763.2897 (cell)
md@dinnersteinlaw.com

**BY ECF AND MAIL**

June 26, 2020

United States District Court
Southern District of New York
Chambers for the Hon. Judge Paul Engelmayer
Thurgood Marshall Courthouse, 40 Foley Square
New York, New York 10007

Re: <u>United States v. John Afriyie</u>
16-CR-377 (PAE)

Dear Judge Engelmayer:

This Court wrote an opinion and order on February 10, 2020 directing that Mr. Afriyie in the above case was required to pay restitution in the sum of $511,368.92. The Court further indicated that the amended order for restitution and an amended judgment will be filed. It has not yet been filed. Mr. Afriyie has indicated to me that the Probation Officer believes that the present restitution is substantially higher, based upon the original judgment of $663,028.92. To resolve this matter with the Probation Department,, it seems necessary for this Court to file its Amended Order of Restitution and an Amended Judgment so that the matter of restitution is resolved as ordered by this Court. Also, it will give Mr. Afriyie an opportunity to appeal this Court's Restitution Order if he so chooses.

Thank you in advance for your attention to this matter.

Very truly yours,

/ S /

Mitchell Dinnerstein

cc.: Edward Imperatore and Christine Magdo, Esqs.

cc.: John Afriyie

cc.: Robert Culp, Esq.