UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>JOHN AFRIYIE,<br><br>Defendant. | **Amended Order of Restitution**<br><br>16 Cr. 377 (PAE) |

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Christine I. Magdo and Edward A. Imperatore, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One and Two of the above Indictment; information provided by MSD Capital, L.P.; and all other proceedings in this case, it is hereby ORDERED that:

JOHN AFRIYIE, the Defendant, shall pay restitution in the total amount of **$511,368.92** to the victim of the offenses charged in Counts One and Two, namely:

> MSD Capital. L.P.
> Attn: Marc Lisker
> 645 Fifth Avenue
> New York, NY 10022

Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York

_____7/1/2020_____

_Paul A. Engelmayer_
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE