UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                                                              :         16 Cr. 377 (PAE)
        -v-                                                   :
                                                              :         ORDER
JOHN AFRIYIE,                                                 :
                                                              :
                                   Defendant.                 :
                                                              :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

In a decision dated February 25, 2022, the Second Circuit vacated an aspect of the restitution order in this case, on the ground that restitution is appropriate under the MVRA for expenses associated with criminal investigations, but not for expenses associated with Securities and Exchange Commission investigations. The Circuit remanded to this Court to modify the restitution order in accordance with its analysis.

The Court directs the Government and the defense, by Friday, March 11, 2022, each to submit to the Court a letter setting out a revised tabulation of restitution, consistent with the Second Circuit's analysis. The Court expects each party's letter to explain, briefly, the basis for the revisions it has made.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: February 25, 2022
       New York, New York