

## FOY & SEPLOWITZ LLC
### attorneys at law

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

November 22, 2022

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:   **United States v. Afriyie, 16 Cr. 377 (PAE)**

Dear Judge Engelmayer:

The parties jointly write regarding the above-referenced matter. We continue to work with the Government toward an updated restitution figure that we intend to present as a joint proposal to the Court if we reach an agreement. Therefore, the parties respectfully request an additional 45-day adjournment of the deadline for the restitution submission in this case, to January 5th, 2023, or thereafter. We believe this will be the last request for an extension.

Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

**GRANTED IN PART.** To accommodate the Court's schedule, the Court extends the deadline for the restitution submission to January 3, 2023 at noon. No further extensions will be granted. The Clerk of Court is requested to terminate the motion at Dkt. No. 121.

11/22/2022

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge