# FOY & SEPLOWITZ LLC
### attorneys at law

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

January 3, 2023

**BY ECF AND EMAIL**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *United States v. Afriyie,* **16 Cr. 377 (PAE)**

Dear Judge Engelmayer:

I am writing to request a short adjournment[1] with the consent of the Government. We are very close to agreeing on what the amended Restitution Order should reflect. We need additional time to receive information regarding the billing process set forth by Sullivan & Cromwell, LLP to confirm that the proposed restitution number is accurate.  We expect to receive the requested information this week.

Based upon the foregoing, we are asking that the Court extend the deadline to January 17, 2023.  If, we receive the requested information this week, we should be able to determine whether the proposed restitution is agreeable to Mr. Afriyie.

This is the 4th request for an extension and is the shortest extension request. Although we anticipated not needing additional time and the Court expressly stated that no further adjournments would be granted, I am requesting the Court reconsider because significant progress has been made and the remaining efforts relate to confirming the billable hours and the multiple hourly rates have been applied correctly.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

cc:  AUSA Jason Richman (via email)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 233.

1/3/2023
SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

[1] This is the 4th request for an extension. The first joint extension request was August 9, 2022, seeking 45 days. The second joint extension request was September 21, 2022, seeking 60 days. The third joint extension request was November 22, 2022, seeking 45 days.